UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
UNITED STATES OF AMERICA,

              -against-

LINDSAY WADE,

                            Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/19/2024_

24 Cr. 470 (AT)

**ORDER**

ANALISA TORRES, District Judge:

WHEREAS, with the Defendant's consent, his guilty plea allocution was made before United States Magistrate Judge Jennifer Willis on August 8, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of that transcript and the record in this case, the Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the Defendant's guilty plea is accepted.

Sentencing in this matter will be held on **December 16, 2024**, at **1:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St, New York, NY 10007.  By **November 29, 2024**, Defendant shall file his sentencing submission.  By **December 6, 2024**, the Government shall submit its sentencing submission.

SO ORDERED.

Dated: August 19, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge