UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

          -against-

LINDSAY WADE,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/7/2024
```

24 Cr. 470 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing currently scheduled for December 16, 2024, is ADJOURNED to **January 13, 2025**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  By **December 27, 2024**, Defendant shall file his sentencing submission.  By **January 3, 2025**, the Government shall file its sentencing submission.

      SO ORDERED.

Dated: November 7, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge